**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| KARROLD L. DUDLEY,<br><br>      Plaintiff,<br>v.<br><br>AZIYO BIOLOGICS, INC.,<br>MEDTRONIC USA, INC., and<br>MEDTRONIC, INC.,<br>jointly and severally,<br><br>      Defendants. | No. 2:21-cv-11813-XXX-XXX<br><br>Hon.<br><br>Mag. Judge |

DARRYL K. SEGARS (P54997)
**THE SEGARS LAW FIRM**
Attorneys for Plaintiff
615 Griswold St., Suite 913
Detroit, MI 48226
Phone/Fax: (313) 859-5500/5506
email: segarslaw@hotmail.com

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all claims in this cause of action.

                        Respectfully submitted,
                        **THE SEGARS LAW FIRM**
                        /s/ Darryl K. Segars
By: _____
                        DARRYL K. SEGARS (P54997)
                        Attorneys for Plaintiff
                        615 Griswold St., Suite 913
                        Detroit, Michigan 48226
                        Phone: (313) 859-5500
                        Facsimile: (313) 859-5506
                        email: segarslaw@hotmail.com

Dated: **August 5, 2021**