UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARROLD L. DUDLEY,

        Plaintiff(s),         Case No. 21-11813

v.         Honorable Gershwin A. Drain

AZIYO BIOLOGICS, INC., et al.,         Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
                                          /

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: November 16, 2021         s/Gershwin A. Drain
                                                             Gershwin A. Drain
                                                             U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Stephanie Dawkins Davis.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: November 16, 2021         s/ S Schoenherr
                                                             Deputy Clerk