UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARROLD L. DUDLEY,

        Plaintiff(s),                  Case No. 2:21-cv-11813-GAD-EAS

v.                                         Judge Stephanie Dawkins Davis

AZIYO BIOLOGICS, INC., et al.,

                                           Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Medtronic Sofamor Danek USA, Inc.__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☒        No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: __Medtronic PLC__
    Relationship with Named Party: __Ultimate Parent__

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐        No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: December 21, 2021        /s/ Stephanie A. Douglas
                                                  Signature
                                                  P70272
                                                  Bar No.
                                                  100 W. Big Beaver Rd. Suite 400
                                                  Street Address
                                                  Troy, MI 48084
                                                  City, State, Zip Code
                                                  (248) 822-7800
                                                  Telephone Number
                                                  douglas@bsplaw.com
                                                  Primary Email Address