UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARROLD L. DUDLEY,

Plaintiff(s),

Case No. 2:21-cv-11813-GAD-EAS

v.

Judge Stephanie Dawkins Davis

AZIYO BIOLOGICS, INC., et al.,

Magistrate Judge Elizabeth A. Stafford

Defendant(s).

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __SpinalGraft Technologies, LLC__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒       No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Medtronic PLC
   Relationship with Named Party: Ultimate Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐       No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: December 21, 2021

/s/ Stephanie A. Douglas
Signature
P70272
Bar No.
100 W. Big Beaver Rd. Suite 400
Street Address
Troy, MI 48084
City, State, Zip Code
(248) 822-7800
Telephone Number
douglas@bsplaw.com
Primary Email Address