# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KARROLD L. DUDLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> AZIYO BIOLOGICS, INC., ) <br> MEDTRONIC, PLC, MEDTRONIC ) <br> SOFAMOR DANEK USA, INC., and ) <br> SPINALGRAFT TECHNOLOGIES, ) <br> LLC. ) <br> ) <br> Defendants. ) | Case No. 2:21-cv-11813-SDD-EAS <br><br> Honorable Stephanie Dawkins Davis <br> Magistrate Judge Elizabeth Stafford |

## ORDER GRANTING JOINT MOTION TO STAY LOCAL RULE 16.1/FED. R. CIV. P. 26(f) CONFERENCE AND TO STAY CASE

Upon the Joint Motion of the Parties to Stay Local Rule 16.1/Fed. R. Civ. P. 26(f) Conference and to Stay Case, and for good cause shown, this Court makes the following:

## ORDER

1. The Joint Motion is hereby **GRANTED**.
2. All deadlines and proceedings in this case are stayed until August 14, 2022.
3. The parties shall confer pursuant to Local Rule 16.1/Fed. R. Civ. P. 26(f) within ten (10) days of the expiration of the stay or by further Order of Court.

**IT IS SO ORDERED**.

                                                    s/Stephanie Dawkins Davis
                                                    Honorable Stephanie Dawkins Davis
                                                    U.S. District Court Judge