UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Karrold L. Dudley, | ) |
| | ) |
|     Plaintiff, | ) Case No. 3:21-CV-11813-RHC-EAS |
| | ) |
| v. | ) Hon. Robert H. Cleland |
| | ) |
| AZIYO BIOLOGICS, INC., et al. | ) |
| | ) |
|     Defendants. | ) |

### ORDER

Upon the Stipulation of the parties and this Court being otherwise duly advised during the August 23, 2022 telephone conference in this matter, it is hereby ORDERED AND ADJUDGED:

1. All matters and proceedings in this case are stayed until **October 31, 2022**;

2. Plaintiff shall have forty-five (45) days from the date of this Order to file an amended complaint naming DCI Donor Services Inc. and New Mexico Donor Services; and

3. Defendants Aziyo Biologics Inc., Medtronic Sofamor Danek USA, Inc. and Spinalgraft Technologies LLC shall have twenty-one (21) days from the expiration of the stay to respond to any amended pleadings.

| | |
|---|---|
| *Counsel for Plaintiff Dudley* | *Counsel for Defendants Aziyo Biologics, Inc. Medtronic Sofamor Danek USA, Inc. and SpinalGraft Technologies, LLC* |
| s/ Darryl K. Segars | |
| Darryl K. Segars | s/ Carmen M. Bickerdt |
| **THE SEGARS LAW FIRM** | Carmen M. Bickerdt |
| 615 Griswold St., Suite 913 | **BOWMAN AND BROOKE LLP** |
| Detroit, Michigan 48226 | 41000 Woodward, Suite 200 East |
| Phone: (313) 859-5500 | Bloomfield Hills, MI 48304 |
| | Phone: (248) 205-3300 |

**ORDERED this 2nd day of September, 2022.**

                                                                    s/Robert H. Cleland
                                                                    Honorable Robert H. Cleland
                                                                    U.S. DISTRICT COURT JUDGE