# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Karrold L. Dudley, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:21-CV-11813-RHC-EAS |
| | ) |
| v. | ) Hon. Robert H. Cleland |
| | ) |
| AZIYO BIOLOGICS, INC., et al. | ) |
| | ) Mag. Judge Elizabeth A. Stafford |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO STAY CASE

Upon the Joint Motion of the Parties to Stay Case, and for good cause shown, this Court makes the following:

## ORDER

1. The Joint Motion is hereby **GRANTED**.

2. All deadlines and proceedings in this case are stayed until **April 1, 2023.**

Dated: December 20, 2022

BY THE COURT:

 s/Robert H. Cleland
Honorable Robert H. Cleland
U.S. District Court Judge,
Eastern District of Michigan